Opinion of August 7, 2007, Withdrawn; Appeal Dismissed and Substitute
Memorandum Opinion filed September 13, 2007








 

Opinion
of August 7, 2007, Withdrawn; Appeal Dismissed and Substitute Memorandum
Opinion filed September 13, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-01059-CV

____________

 

CHICAGO TITLE INSURANCE COMPANY, Appellant

 

V.

 

HOME LOAN CORPORATION D/B/A EXPANDED 

MORTGAGE CREDIT, Appellee

 



 

On Appeal from the
215th District Court

Harris County,
Texas

Trial Court Cause
No. 01-46491

 



 

S U B S T I T U T E   M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 23, 2004.  On August 7, 2007, this
court issued an opinion.  On rehearing, that opinion is withdrawn and this
substitute opinion issued.

On
August 17, 2007, the parties filed an agreed motion to dismiss the appeal in
order to effectuate a compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is
granted.  








Accordingly,
the appeal is ordered dismissed.  Our opinion of August 7, 2007, is withdrawn. 
See Tex. R. App. P.
42.1(c).

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 13, 2007.

Panel consists of Justices Fowler, Edelman and Guzman. *
(Senior J., Edelman sitting by assignment.)









*  Senior Justice Richard H. Edelman sitting by
assignment.